## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Terrell, Jessie L | Case Number:  07 B 21166 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/20/08 | Filed:  11/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  March 4, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 600.00 | |
| Secured: | | 450.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 116.23 |
| Trustee Fee: | | 33.77 |
| Other Funds: | | 0.00 |
| Totals: | 600.00 | 600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,524.00 | 116.23 |
| 2. | Peak 5 | Secured | 7,050.00 | 450.00 |
| 3. | Resurgent Capital Services | Unsecured | 89.34 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 293.53 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 26.66 | 0.00 |
| 6. | Peak 5 | Unsecured | 1,129.40 | 0.00 |
| 7. | American Collection Corp | Unsecured | | No Claim Filed |
| 8. | Comcast | Unsecured | | No Claim Filed |
| 9. | American Credit Educators | Unsecured | | No Claim Filed |
| 10. | Ameritech | Unsecured | | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 13. | CitiFinancial Auto Credit Inc | Unsecured | | No Claim Filed |
| 14. | Transsouth | Unsecured | | No Claim Filed |
| 15. | Bally's Health Club | Unsecured | | No Claim Filed |
| 16. | Medical Collections | Unsecured | | No Claim Filed |
| 17. | MCI Residential | Unsecured | | No Claim Filed |
| 18. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 19. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 20. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 23. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Terrell, Jessie L

Printed:  5/20/08

Case Number:  07 B 21166
Judge:  Goldgar, A. Benjamin
Filed:  11/12/07

|            |          |
|------------|----------|
| _____ | _____ |
| $ 11,112.93 | $ 566.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4% | 25.69 |
| 6.5% | 8.08 |
|  | _____ |
|  | $ 33.77 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____